IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.                                               CRIMINAL CASE 99-00210

WAYNE ROBERTS HICKS
_____/

NOTICE OF APPEARANCE

COMES NOW CARLOS A. WILLIAMS and hereby provides notice of appearance as counsel of record in the above captioned action for Defendant Wayne Robert Hicks.

Respectfully submitted,

s/CARLOS A. WILLIAMS (WILL9821)
2 South Water Street, 2nd Floor
Mobile, Alabama 36602
251-433-0910
251-433-0686 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2005, a true and correct copy of the above and foregoing instrument was furnished to the Assistant U.S. Attorney assigned to this case, by e-mail, to:

E. T. Rolison, Esq.
U.S. Attorney's Office
63 Royal Street, Suite 600
Mobile, Alabama 36602

s/CARLOS A. WILLIAMS

1