S/A-S-04
NOV/91

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
APR 2 6 2005
CHARLES R. DIARD, JR
CLERK

UNITED STATES OF AMERICA        :

vs.                             :    CR. NO.   99-00210-001

WAYNE ROBERT HICKS              :

### WAIVER OF PRELIMINARY HEARING

I recognize that I have a statutory right under Rule 32.1, Fed.R.Crim.P., to a preliminary hearing in order to determine whether there is probable cause to hold me for a revocation hearing. After consulting with counsel, I hereby voluntarily waive my statutory right to such a hearing.

_____
Probationer/Supervised Releasee

_____
Counsel or Witness

4/26/05
_____
Date