**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 99-00210-WS** |
| ) | |
| **WAYNE ROBERT HICKS,** ) | |

<u>**ORDER**</u>

Defendant Wayne Robert Hicks has testified under oath and has satisfied this Court that he (1) is unable to employ counsel, and (2) does not wish to waive counsel. Accordingly, the undersigned finds that the interests of justice require the appointment of counsel, and hereby appoints the Office of the Federal Defender to represent the Defendant in this matter.  The attorney within the Office of the Federal Defender to whom this case is assigned shall file a notice of appearance with the Court by **Friday, April 29, 2005.**

**DONE** this **26th** day of **April, 2005.**

                                                 <u>s/Sonja F. Bivins</u>
                                             **UNITED STATES MAGISTRATE JUDGE**