```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **VS.** | )   CRIMINAL NO. 99-00210-WS |
| | ) |
| **WAYNE ROBERT HICKS** | ) |

<u>**ORDER ON INITIAL APPEARANCE ON
PETITION FOR REVOCATION OF SUPERVISED RELEASE**</u>

Defendant **Wayne Robert Hicks** appeared with appointed counsel, Fred Tiemann, before the undersigned United States Magistrate Judge on April 26, 2005.  The Court advised Defendant regarding the contents of the petition, of the right to counsel, of the general circumstances under which release from custody could be had, of the right to a preliminary hearing and of the right to reasonable time to consult with counsel.

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedures, I find that there is probable cause to hold Defendant to answer in the District Court.  The finding is based upon:

      ( x )     waiver of preliminary hearing
      (   )     hearing under Rule 32.1

Defendant has the burden under Fed.R.Crim.P. 32.1(a)(6) to establish that he will not flee or pose a danger to any other person or to the community. Defendant has failed to meet this burden at this time.  Therefore, it is **ORDERED** that Defendant be detained in the custody of the United States Marshal.

It is further **ORDERED** that this cause be set for a revocation hearing before United States District Judge William H. Steele on **May 26, 2005 at 10:00 a.m.** in **Courtroom No. 2B**, U.S. Courthouse, 113 St. Joseph Street, Mobile, Alabama.

**DONE** this the **26th** day of **April, 2005.**

                                        <u>s/Sonja F. Bivins</u>
                                        UNITED STATES MAGISTRATE JUDGE