**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | Crim. No. <u>**99-00210-WS**</u> |
| ) | |
| ) | |
| **WAYNE ROBERT HICKS** ) | |
| **Defendant** ) | |

### NOTICE OF APPEARANCE

Comes now the United States of America, by and through David P. York, the United States Attorney for the Southern District of Alabama, to respectfully notify the Court that the above-captioned case has been **reassigned**. Assistant United States Attorney Michel Nicrosi is now the attorney of record for the United States in this case, **replacing** all previously listed Assistant United States Attorneys.

Respectfully submitted this 2nd day of <u>May</u>, 2005,

        DAVID P. YORK
        UNITED STATES ATTORNEY
        by:

        <u>s/Michel Nicrosi</u>
        Michel Nicrosi(NICRM9542)
        United States Attorney's Office
        63 So. Royal Street, Suite 600
        Mobile, Alabama 36602
        Tel: (251) 441-5845
        Fax: (251) 441-5131
        <u>E-mail:michel.nicrosi@usdoj.gov</u>

2

**CERTIFICATE OF SERVICE**

      I certify that on May 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Charles Matchett, U. S. Probation Office.

                                  s/Michel Nicrosi
                                  Michel Nicrosi
                                  Assistant United States Attorney