**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Crim. No. 99-00210-WS** |
| ) | |
| ) | |
| **WAYNE ROBERT HICKS** ) | |
| **Defendant** ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through David P. York, the United States Attorney for the Southern District of Alabama, to respectfully notify the Court that the above-captioned case has been **reassigned**. Assistant United States Attorney Deborah A. Griffin is now the attorney of record for the United States in this case, **replacing** all previously listed Assistant United States Attorneys.

Respectfully submitted this 3rd day of May, 2005,

>DAVID P. YORK
>UNITED STATES ATTORNEY
>by:
>
>s/Deborah A. Griffin
>Deborah A. Griffin(GRIFD9200)
>United States Attorney's Office
>63 So. Royal Street, Suite 600
>Mobile, Alabama 36602
>Tel: (251) 441-5845
>Fax: (251) 441-5131
>E-mail:deborah.griffin@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I certify that on May 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Charles Matchett, U. S. Probation Office.

                                     s/Michel Nicrosi
                                     Michel Nicrosi
                                     Assistant United States Attorney