Prob 19
(1/82)

0503-0426-0328-0
435901

# United States District Court 07421-003

## for the

## SOUTHERN DISTRICT OF ALABAMA

U.S.A. vs WAYNE ROBERT HICKS                    Docket No. 99-00210-001

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>ROBERT WAYNE HICKS | SEX<br>Male | RACE<br>White | AGE<br>45 |
| ADDRESS(STREET, CITY, STATE)<br>5337 Travis Road, Lot #1, Mobile, Alabama 36619 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>SOUTHERN DISTRICT OF ALABAMA | | DATE IMPOSED<br>August 4, 2000 | |
| CLERK<br>CHARLES R. DIARD | (BY) DEPUTY CLERK<br>*Claire Roberts* | | DATE<br>April 26, 2005 |
| **RETURN** | | | |
| Warrant received and executed | DATE RECEIVED<br>4-26-2005 | DATE EXECUTED<br>4-25-2005 | |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshals, Mobile, AL | | | |
| NAME<br>William Taylor | (BY)<br>*signature* | | DATE<br>4-26-2005 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the SOUTHERN DISTRICT OF ALABAMA;" "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."