S/A-S-05
DEC/91

FILED IN OPEN COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MAY 2 3 2005

CHARLES R. DIARD, JR.
CLERK

**UNITED STATES OF AMERICA**    :

vs.    :    CR. NO. 99-00210-001

**WAYNE ROBERT HICKS**    :

### WAIVER OF REVOCATION HEARING

I recognize that I have a statutory right under Rule 32.1, Fed.R.Crim.P., to a revocation hearing on the charges that I have violated the conditions of my Probation or Supervised Release contained in the Petition on Probation and Supervised Release. After consulting with counsel, I hereby voluntarily waive my statutory right to such a revocation hearing and admit to the violations set forth in the Petition approved by the Court on   April 26,  2005.

_____
Probationer/Supervised Releasee

_____
Counsel or Witness

May 26, 2005
_____
Date