# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**WAYNE ROBERT HICKS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:  99-CR-00210-001-WS<br>USM NUMBER:  07421-003 |
| **THE DEFENDANT:** | Carlos Williams<br>**Defendant's Attorney** |

(X)   admitted guilt to violation of supervision condition(s):  **the Specific Condition, the Special Condition and Condition # 3, as charged in the Probation Form 12-C, dated April 26, 2005.**

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Specific Condition | New Offense | |
| Special Condition | Technical | |
| Condition # 3 | Technical | |

The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| **Defendant's Social Security No.:** 6768 | May 26, 2005<br>Date of Imposition of Judgment |
| **Defendant's Date of Birth:**  1959 | |
| **Defendant's Residence Address:**<br>Mobile, Alabama | s/WILLIAM H. STEELE<br>UNITED STATES DISTRICT JUDGE |
| **Defendant's Mailing Address:**<br>Mobile, Alabama | June 8, 2005<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **WAYNE ROBERT HICKS**
Case Number: **99-CR-00210-001-WS**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of **24 months.**

(X) The court makes the following recommendations to the Bureau of Prisons**: that the defendant be housed at an institution where he may be afforded mental health treatment.**

(X) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
   ( ) at ___ .m. on ___.
   ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ( ) before 2 p.m. on ___.
   ( ) as notified by the United States Marshal.
   ( ) as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                                 UNITED STATES MARSHAL

                                                 By:_____
                                                       Deputy U.S. Marshal