AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **WAYNE ROBERT HICKS**
Case Number: **99-CR-00210-001-WS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of **24 months.**

**(X)** The court makes the following recommendations to the Bureau of Prisons: **that the defendant be housed at an institution where he may be afforded mental health treatment.**

**(X)** The defendant is remanded to the custody of the United States Marshal.

**( )** The defendant shall surrender to the United States Marshal for this district:

    **( )** at ___ .m. on ___.

    **( )** as notified by the United States Marshal.

**( )** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    **( )** before 2 p.m. on ____.

    **( )** as notified by the United States Marshal.

    **( )** as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **10/24/04** to **FCC Beaumont (USP)** at **Beaumont, Texas** with a certified copy of this judgment.

T.C. Outlaw, Warden
~~UNITED STATES MARSHAL~~

Partial / Executed
Received from OCC Date 10-24-05
Delivered to BMP Date 10-24-05

By: Cynthia White, LTE
~~Deputy U.S. Marshal~~

FILED NOV 7 2005